OFFICIAL FORM
FORM B1(598)
Voluntary Petition

**United States Bankruptcy Court**

ILLINOIS _____ District of _WINNEBAGO_

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> ANTHONETTE E. BUTLER | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden , and trade names): | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): <br> 328 - 36 - 8454 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, State & Zip Code): <br> 2009 GREEN STREET <br> ROCKFORD, IL 61102. | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the <br> Principal Place of Business: WINNEBAGO | County of Residence or of the <br> Principal of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

## Information regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which <br> the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | | |

### Nature of Debts (Check one box)

☒ Consumer/Non-Business       ☐ Business

### Chapter 11 Small Business (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business
   under 11 U.S.C § 1121(e) (Optional)

**Filing Fee (Check one box)**

☐ Full Filing Fee attached
☒ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

## Statistical/Administrative Information (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| Estimated Number of Creditors | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10million | $10,000,001 to $50 million | $50,000,001 to $100 million | more than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10million | $10,000,001 to $50 million | $50,000,001 to $$100 million | more than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *ANTHONETTE E. BUTLER* |

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Anthonette Butler_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

X _Anthonette But_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*N/A*

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that {he or she} may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

X _ANTHONETTE E. BUTLER_
Printed Name of Bankruptcy Petition Preparer

_326 - 56 - 8454_
Social Security Number

_2009 GREEN STREET_
Address
_ROCKFORD IL 61102_

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _Anthonette Butler_
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re _Anthonette E. Butler_
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | — | | — | — |
| | | Total ◆ | $ | |

(Report also on Summary of Schedules.)

FORM B6B  6/90

In re _Annnbette E. Butler_____    Case No. _____
                            Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location Of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $0 — | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | NONE | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | NONE | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSE @ 209 GREEN ST. LIVING ROOM / BEDROOM | | $3,000 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | I pod , photos, books. | | $500 |
| 6. Wearing apparel. | | CLOTHING etc .. | | $1,000 |
| 7. Furs and jewelry. | | NONE | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | NONE | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | NONE | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

In re __ANTHONETTE E. BUTLER__.
_Debtor_

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | NONE | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | NONE | | |
| 13. Interest in partnerships or joint ventures. Itemize. | | NONE | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | NONE | | |
| 15. Accounts Receivable. | | NONE | | |
| 16. Alimony, maintenenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | NONE | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | | NONE | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | NONE | | |
| 19. Contingent and non-contingent interests in estate of a decendent, death benefit plan, life insurance policy, or trust. | | NONE | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | NONE | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | NONE | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | NONE NONE | | |

In re ___ANTHONETTE E. BUTLER___          Case No. _____
                  Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers and other vehicles. | | NONE | | |
| 24. Boats, motors, and accessories. | | NONE | | |
| 25. Aircraft and accessories. | | NONE | | $600 |
| 26. Office equipment, furnishings, and supplies. | | COMPUTER | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | NONE | | |
| 28. Inventory. | | NONE | | |
| 29. Animals. | | BIRD (PET) | | |
| 30. Crops - growing or harvested. Give particulars. | | NONE | | |
| 31. Framing equipment and implements. | | NONE | | |
| 32. Farm supplies, chemicals, and feed. | | NONE | | |
| 33. Other personal property of any kind not already listed. Itemize. | | NONE | | |

_____ continuation sheets attached          Total ▶  $ _____

(Include amounts from any continuation sheets
attached. Report total also on Summary o[f]
Schedules.)

FORM B6B-cont.  6/90

In re _Anthonette Butler_    Case No. _____
             Debtor                                              (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. § 522(b) (1) Exemptions provided in 11 U.S.C. § 522(d). Note:  These exemptions are available only in certain states.

☐  11 U.S.C. § 522(b) (2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period
than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt
from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
|  |  |  |  |

Form B6C  6/90

In re ANTHONETTE BUTLER

Debtor

Case No. _____

(If known)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1922689 CROSSING POINTE. WARREN, PENNSYLVANIA 16368-2000 | | | 4/10/04 VALUE $ | | | | $80.00 | |
| ACCOUNT NO. 849 869 8643550 MIDNIGHT VELVET 1112 7th Ave. 53566 Monroe, Wisconsin | | | 6/17/2007 VALUE $ | | | | 252.18 | |
| ACCOUNT NO. 797681768 BLAIR CREDIT SERVICES 807 LIBERTY ST WARREN, PA 16366 | | | 6/10/04 VALUE $ | | | | 147.09. | |
| ACCOUNT NO. 476763211 2 JC PENNEY P.O. BOX 981132 EL PASO, TX 79998 | | | 1/21/08. VALUE $ | | | | 551.73. | |
| ACCOUNT NO. 5259 8300 0042 8380 TRIBUTE P.O BOX 136 NEWARK, NJ. 07101 | | | 11/6/2007 VALUE $ | | | | 1,036 96. | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Unsecured Claims

Subtotal ◆ (Total of this page)  $ ____

Total ◆ (Use only on last page )  $ ____

(Report total also on Summary of Schedules)

FORM B6D - cont. 6/90

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5171 6073 1004 267 FIRST PREMIER BANK (MASTER CAR) PO BOX 5147 SIOUX FALLS, SD 57117 | | | 10/18/05 VALUE $ | | | | 210.46 | |
| ACCOUNT NO. 5178 0015 8731 8114 FIRST PREMIER BANK P.O. BOX 5147 SIOUX FALLS, SD 57117 | | | 11/03/06 VALUE $ | | | | 210.46 | |
| ACCOUNT NO. 4266 84 106 4770 173 CHASE VISA CARD MEMBER SERVICES P.O. BOX 15298 WILMINGTON DE 19850 | | | 12/06 VALUE $ | | | | 700 | |
| ACCOUNT NO. 5178 0535 7504 0015 CAPITAL ONE BANK P.O. BOX 5294 CAROL STREAM IL 60197 | | | 11/07 VALUE $ | | | | 1,027.00 657.66 | |

_____ Continuation sheets attached

Subtotal ➤ (Total of this page)  $ _____

Total ➤ (Use only on last page)  $ _____

(Report total also on Summary of Schedules)

FORM B6D  6/90

In re _Annamette E. Butler_ .        Case No. _____
                    Debtor                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to property, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a) (2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a) (3).

☐ **Contributions to employee benefit plans**        401K.

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a) (4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a) (5).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a) (6).

☐ **Taxes and Other Certain Debts Owed to Governmental**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a) (7).

- continuation sheets attached

FormB6E  6/90

In re _Anthonette Butler_____.        Case No. _____
           Debtor                 (If known)

# SCHEDULE E — CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. #205087010b6<br>Creditor Protection Serv<br>202 W State St #300<br>Rkfd Il 61101 | | | 3/05/05 | | | | $251.00 | |
| ACCOUNT NO. 2062930937<br>Creditor Protection Svcs<br>202 W State St #300<br>Rkfd Il 61101 | | | 10/06 | | | | $281.00 | |
| ACCOUNT NO. 5893611<br>First Revenue Assurance<br>200 Filmore Street #300<br>Denver Co 80206 | | | 11/05 | | | | $404.00 | |
| ACCOUNT NO. 10175514<br>Harvard Collection<br>4839 North Elston Ave<br>Chicago Il 60630 | | | 3/07 | | | | $1,459.00 | |
| ACCOUNT NO. # 852663<br>Midland Credit Mgmt<br>8875 Aero Drive<br>San Diego, CA 92123 | | | 3/08 | | | | $1,012.00 | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors

Subtotal ➤ (Total of this page)        $

Total ➤ (Use only on last page of the completed Schedule E)        $

(Report total also on Summary of Schedules)

In re **Antronette Butler**
Debtor

Case 08-72553  Doc 1  Filed 08/08/08  Entered 08/08/08 14:16:36  Desc Main
Document  Page 12 of 31

Case No. _____
(If known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an"X" in the column labeled"Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE OR JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R22688 <br> Rockford Mercantile <br> 2502 South Alphine Rd <br> Rockford, IL 61108. | | | 12/03 | | | | $373.00 |
| ACCOUNT NO. # W64130 <br> Rockford Mercantile <br> 2502 South Alphine RD <br> Rockford IL 61108. | | | 10/06 | | | | $701.00 |
| ACCOUNT NO. #6140856 <br> Unique National Collection <br> 119 E Maple. <br> Jeffersonville, IND 47130 | | | 9/07 | | | | $45.00 |
| ACCOUNT NO. # 305098.202 833 <br> American General Finance <br> 211 Elm Street <br> Rockford Illinois 61101 | | | 3/05 | | | | $5,961.00 |

_____ continuation sheets attached

Subtotal ➧ $ _____

Total ➧ $ _____

(Report total also on Summary of Schedules)

In re  Anthonette Butler _____.          Case No. _____
_____Debtor_____                                                (If known)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10450010<br>World Finance<br>5301 East State St. 4709<br>Rockford, Ill 61108 | | | 8/07 | | | | $240.00 |
| ACCOUNT NO.<br>Insight Cable<br>Credit Protection Assoc<br>P.O Box 3002 Dixon, Ill 61021 | | | | | | | $190.47 |
| ACCOUNT NO.<br>Alliance One/Comcast Cable | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____ of ____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT

FOR THE ___ILLINOIS___ DISTRICT OF ___WINNEBAGO___
___DIVISION___

In re *Anthonette E. Butler.*

Case No. _____

___Debtor___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Alliance One (Capital One) | P.O. Box 510477 Livonia, MI 48151-6477 | Debt | | $926.15 |
| Security Finance | 2233 Charles St Suite E Rockford, IL 61104 | Loan | | $609.00 |
| American General Finance #804244602.101 | 600 N. Royale Ave Evansville, IN 47715 | Loan (8/04) | | $1,839.00 |
| American General Finance # 1004098200395 | 211 Elm Street → Rockford, IL 61101 | Loan (10/04) | | $5,368.00 |
| American General Finance # 1105098200395 | 211 Elm Street → Rockford, IL 61101 | Loan (11/05) | | $15,857.00 |
| American General Finance # 1204098200395 | 211 Elm Street → Rockford, IL 61101 | | 12/04 | $7,205.00 |

Date: _____

_____
Debtor

In re _Anthonette Butler_                          Case No. _____
                  **Debtor**                                          (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6H  6/90

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *SEPARATED* | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation Name of Employer | *CORPORATE SERVICES.* | |
| How Long Employed | | *N/A* |
| Address of Employer | *268 KISHWAUKEE ST.* | |
| | *ROCKFORD IL 61104* | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate is not paid monthly.) | $ *2000* | $ _____ |
| Estimated monthly overtime | $ *75* | $ _____ |
| **SUBTOTAL** | $ *2075* | $ _____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *500* | $ _____ |
| b. Insurance | $ *7.11* | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (Specify *GARNISHMENTS (STUDENT LOAN) AMERIA CASH LOAN $44* | $ *200* | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ _____ | $ _____ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ _____ | $ _____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ *0* | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0* | $ _____ |
| Social security or other government assistance (Specify) _____ | $ *0* | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income (Specify) _____ | $ *0* | $ _____ |
| | $ *0* | $ _____ |
| | $ *0* | $ _____ |
| **TOTAL MONTHLY INCOME** | $ _____ | $ _____ |

**TOTAL COMBINED MONTHLY INCOME $** _____

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6I 6/90

In re _ANTHONETTE  E. BIGTER_    Case No. _____
          **Debtor**                                                    **(if known)**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _400 —_ |
| Are real estate taxes included?    Yes _____  No __X__ | |
| Is property insurance included?    Yes _____  No __X__ | |
| Utilities    Electricity and heating fuel | $ _80 MONTHLY_ |
|             Water and sewer | $ _89 quarterly_ |
|             Telephone | $ _100 monthly_ |
|             Other ___CABLE___        _GAS_ | $ _400_ |
| Home Maintenance (Repairs and upkeep) | $ _75_ |
| Food | $ _200 monthly_ |
| Clothing | $ _100_ |
| Laundry and dry cleaning | $ _60 monthly_ |
| Medical and dental expenses | $ _150 quarterly_ |
| Transportation (not including car payments) | $ _0_ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _0_ |
| Charitable contributions | $ _0_ |
| Insurance (not deducted form wages or included in home mortgage payments) | |
|             Homeowner's or renter's            _RENTERS_ | $ _69 monthly_ |
|             Life | $ _0_ |
|             Health | $ _0_ |
|             Auto | $ _0_ |
|             Other _____ | $ _0_ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ _0_ |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|             Auto | $ _0_ |
|             Other _____ | $ _0_ |
|             Other _____ | $ _0_ |
| Alimony, maintenance, and support paid to others | $ _0_ |
| Payments for support of additional dependents not living at your home | $ _0_ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _0_ |
| Other _____ | $ |
| | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ _1779_** |

(FOR CHAPTER 12 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ _____ |
| B. Total projected monthly expenses | $ _____ |
| C. Excess income (A minus B) | $ _____ |
| D. Total amount to be paid into plan each _____ | $ _____ |
|             **(interval)** | |

N|A

Form B6J  6/90

# United States Bankruptcy Court

_ILLINOIS_ District of _WINNEBAGO_

In re _ANTHONETTE E. BUTLER_   Case No. _____
Debtor                                 (If Known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | 0 | 0 | $ 0 | | |
| B - Personal Property | | | $ | | |
| C - Property Claimed As Exempt | 0 | 0 | | | |
| D - Creditor Holding Secured Claims | | | | $ 4,215.88 | |
| E - Creditors Holding Unsecured Priority Claims | | | | $ 3,407.00 | |
| F - Creditors Holding Unsecured Nonproperty Claims | | | | $ 7,320.00 | |
| G - Executory Contracts and Unexpired Leases | 0 | 0 | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | $ 28,000 yearly. monthly 1800 | |
| J - Current Expenditures of Individual Debtor(s) | | | | $ | |
| Total Number of Sheets in ALL Schedules ▶ | | | | | |
| Total Assets ▶ | | | $ | | |
| Total Liabilities ▶ | | | | $ | |

FORM B6 - Cont. 6/90

## FORM 7. STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT
_ILLINOIS_ District of _WINNEBAGO_

In Re: _ANTHONETTE E. BUTLER_.
(Name)

Case No. _328 56 8454_
(If Known)

Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of the bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

X

$7700.00
to date

SOURCE (if more than one)

X CORPORATE SERVICES
208 KISHWAUKEE ST
ROCKFORD IL 61104.
(815) 962-8367.

**2. Income other than from employment or operation of business**



None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. if a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

**3. Payments to creditors**

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this csae. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYEMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits, executions, garnishments and attachments**

None ☐

a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| TELLER, LEVITT, SILVER TRUST # 39069 | STUDENT LOAN | 40MI-175195 court number. | STILL PAYING garnishment. MONTHLY $200 |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts



None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and unusual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses



None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include loses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy



None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

 None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one **year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

 None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

 None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed,)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None   a. List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

**14. Property held for another person**

None   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15. Prior address of debtor**

None  If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business

None

☐ a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|----------------------------------------|
| | N\A | | |

### 17. Books, records and financial statements

None

☐ a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| N\A | |

None

☐ b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| A\N | | |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME**                                                    **ADDRESS**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**NAME AND ADDRESS**                                        **DATE ISSUED**

### 18. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 19. Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
      indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**20. Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
      preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
      one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**21. Withdrawals from a partnership or distributions by a corporation**

None      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
          compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year
          immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* * * * * *

In re _Anthonette E. Butler_ _____     Case No. _____
_____                                        (if known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules consisting of _____ sheets,
                                                                                          (Total shown on summary page plus 1)
and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _X_ _Anthonette Butler_ _____
                                                                                                                   Debtor

Date _____ N/A _____          Signature _____ N/A _____
                                                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign]

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or
an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare
under penalty of perjury that I have read the following summary and schedules, consisting of _____ sheets, and that they
                                                                                                                              (Total shown on summary page plus 1)
are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature _____ N/A _____

_____
                                                                              [Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_Penalty for making a false statement or concealing property._ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 AND 3571.

Form B6 - cont.  6/90

## UNITED STATES BANKRUPTCY COURT
__ILLINOIS__ DISTRICT OF _WINNEBAGO_

_____ DIVISION

In re _ANTHONETTE E. BUTLER_ )

Case No. _____

Chapter _____7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. *Property to Be Surrendered.*

Description of Property                                    Creditor's name

b. *Property to Be Retained*                    *[Check any applicable statement]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11U.S.C.§722 | Debt will be reaffirmed pursuant to 11 U.S.C.§524(c) |
|---|---|---|---|---|
| | | | | |

Date: X _____

X _Anthonette Butler_
Signature of Debtor

---------------------------------------------------------------------------

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_ANTHONETTE E. BUTLER._                    _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_
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_2009 GREEN STREET_
_ROCKFORD IL. 61102_
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one persons prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    X _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. § 156.*

Form B8 5/98

UNITED STATES BANKRUPTCY COURT

FOR THE ___*ILLINOIS*___ DISTRICT OF ___*WINNEBAGO*___

DIVISION

In re *Anthonette E. Butler*

Debtor (set forth here all names including trade names used by Debtor within last 6 years)

Social Security No. *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*

and Debtor's Employer's Tax Identification No. _____

Case No. _____

Filed Under Chapter ___*7*___

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. §329
## AND BANKRUPTCY RULE 2016(b)

    I certify that I am the attorney for the above named debtor and that the compensation paid or agreed to be paid to me for services rendered or to be rendered in behalf of the debtor in or in connection with a case under title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows: $         paid, $ to be paid, that the scource of the compensation paid was

and that the scource of the compensation agreed to be paid is

    ☐ I have   ☐ I have not agreed to share this compensation with any other person. *(If appropriate)* The details of such sharing or agreement to share are as follows *(except that no such details are required of any agreement for the sharing of the compensation with a member or regular associate of the attorney's law firm)*:

N/A

Dated: _____

_____
*Attorney for the Debtor*

BK-92

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date X _____    Signature X _____
                                     of Debtor

Date _____    Signature _____
                                     of Joint Debtor
                                     (if any)

* * * * * *

[If completed on behalf of a partnership or corporation]

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

                                     _____
                                     Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S. C .§ 152 and 3571*